■ JULIA LAZZARI, Respondent, v ST. VINCENT'S HOSPITAL AND MEDICAL CENTER OF NEW YORK, Appellant, et al., Defendants.—Judgments, Supreme Court, New York County, entered on May 29, 1978, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of the appeal. The appeal from the order of said court, entered on April 13, 1978 is dismissed as nonappealable and subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein and Yesawich, JJ.

■ ANAMETRICS, INC., Appellant, v RENOVATION-REHABILITATION & DEVELOPMENT CORP., Respondent.—Judgment, Supreme Court, New York County, entered on February 6, 1978, unanimously affirmed on the opinion of Asch, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Yesawich, JJ.

■ LEAVITT APPAREL & CO., INC., Formerly Known as LEAVITT COMPANY, Appellant, v CENTURY FACTORS, INC., Respondent.—Judgment, Supreme Court, New York County, entered on October 21, 1977, unanimously affirmed on the opinion of Fraiman, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of the appeal. Appeal from decision of said court entered on November 16, 1977, dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Lupiano and Yesawich, JJ.

■ ROSALYN WEINER, Appellant, v DONALDSON, LUFKIN & JENRETTE, INC., et al., Respondents.—Order and judgment, Supreme Court, New York County, entered on December 2, 1977 and January 23, 1978, respectively, unanimously affirmed on the opinion of Stecher, J., at Special Term, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Yesawich, JJ.

■ CHARLES F. NOYES COMPANY, INC., Respondent, v LEON WEINSTEIN et al., Doing Business as H & W ENTERPRISES Co., Appellants.—Order and judgment, Supreme Court, New York County, entered on July 10, 1978 and September 12, 1978, respectively, unanimously affirmed for the reasons stated by Fraiman, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. No opinion. Kupferman, J. P., Birns, Fein, Lupiano and Yesawich, JJ.